1  Amber S. Finch (SBN 222321)
   Email: afinch@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Courtney C. T. Horrigan (*admitted pro hac vice*)
   Email: chorrigan@reedsmith.com
6  Dominic I. Rupprecht (*admitted pro hac vice*)
   Email: drupprecht@reedsmith.com
7  REED SMITH LLP
   225 Fifth Avenue
8  Pittsburgh, PA 15222
   Telephone: +1 412 288 3131
9  Facsimile: +1 412 288 3063

10 William P. Keith (Bar No. 270587)
   Email: keith@dsmw.com
11 DUCKOR SPRALDING METZGER & WYNNE
   101 West Broadway, Suite 1700
12 San Diego, CA 92101
   Telephone: +1 619 209 3000
13 Facsimile: +1 619 209 3043

14 Attorneys for Plaintiff Sentynl Therapeutics, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    SOUTHERN DISTRICT OF CALIFORNIA

18 | SENTYNL THERAPEUTICS, INC., a     | Case No. 3:19-cv-1667-LAB-AHG
19 | California corporation,            |
   |                                    | **PLAINTIFF'S UNOPPOSED**
20 |            Plaintiff,              | **MOTION TO CONSOLIDATE**
   |                                    | **SUMMARY JUDGMENT**
21 |       v.                           | **BRIEFING AND SET A**
   |                                    | **CONSOLIDATED BRIEFING AND**
22 | U.S. SPECIALTY INSURANCE           | **HEARING SCHEDULE**
23 | COMPANY, a Texas corporation,      |
   |                                    |
24 |            Defendant.              |

25

26        Pursuant to the Court's Scheduling Order [D.E. 23], Rule 16 of the Federal

27 Rules of Civil Procedure, and this Court's Civil Pretrial Procedures, Plaintiff

28                                                          3:19-cv-1667-LAB-AHG

Sentynl Therapeutics, Inc. ("Sentynl") hereby moves for an order to consolidate the summary judgment briefing and to set a consolidated briefing and hearing schedule.  In support thereof, Sentynl states as follows:

1. On August 3, 2020, Defendant U.S. Specialty Insurance Company ("U.S. Specialty") filed a Motion for Summary Judgment (Doc. No. 64) ("U.S. Specialty's Motion").  U.S. Specialty's Motion is set to be heard on October 19, 2020 at 11:30 a.m.

2. On October 5, 2020, Sentynl will be filing an opposition and cross-Motion for Summary Judgment ("Sentynl's Cross-Motion").  Sentynl's Cross-Motion is set to be heard on November 16, 2020 at 11:30 a.m.

3. To avoid duplication of the summary judgment briefing and for the convenience of the Court, Sentynl hereby moves to consolidate the briefs and briefing and hearing schedule as follows:

| **Event** | **Proposed Deadline** |
| --- | --- |
| Sentynl files a consolidated brief in response to U.S. Specialty's Motion and in support of Sentynl's Cross-Motion | October 5, 2020 |
| U.S. Specialty files a consolidated opposition to Sentynl's Cross-Motion and reply in support of U.S. Specialty's Motion | October 30, 2020 |
| Sentynl files a reply in support of its Cross-Motion | November 9, 2020 |
| Hearing on both U.S. Specialty's Motion and Sentynl's Cross-Motion to be conducted via videoconference | November 16, 2020 at 11:30 a.m. |

-2-   3:19-cv-1667-LAB-AHG

PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING AND SET A CONSOLIDATED BRIEFING AND HEARING SCHEDULE

4. Sentynl's motion is unopposed.

5. Sentynl's proposed schedule would have the effect of terminating the separate hearing on U.S. Specialty's Motion for Summary Judgment currently scheduled for October 19.

6. If the Court adopts Sentynl's proposed schedule, U.S. Specialty's ex parte application for an extension of the time to file a reply (Doc. No. 70) would be rendered moot.

7. This proposal will not affect any other deadlines in the case or prejudice any party.

Dated: October 2, 2020  Respectfully submitted,

REED SMITH LLP

By: /s/ *Dominic I. Rupprecht*
    Amber S. Finch
    Courtney C.T. Horrigan (*pro hac vice*)
    Dominic I. Rupprecht (*pro hac vice*)
    William P. Keith

*Attorneys for Plaintiff Sentynl Therapeutics, Inc.*

## CERTIFICATE OF CONFERENCE

On October 1 and 2, 2020, counsel for Sentynl conferred with counsel for U.S. Specialty regarding Plaintiff's Motion to Consolidate Summary Judgment Briefing and Set a Consolidated Briefing and Hearing Schedule. U.S. Specialty does not oppose the Motion.

    /s/ *Dominic I. Rupprecht*
    Dominic I. Rupprecht

-3-  3:19-cv-1667-LAB-AHG

PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING AND SET A CONSOLIDATED BRIEFING AND HEARING SCHEDULE

## **CERTIFICATE OF SERVICE**

In accordance with the Court's Standing Order in Civil Cases, the undersign counsel certifies that a copy of this motion will be served on counsel for U.S. Specialty at the time of filing.

/s/ *Dominic I. Rupprecht*
Dominic I. Rupprecht

-4-   3:19-cv-1667-LAB-AHG

PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING AND SET A CONSOLIDATED BRIEFING AND HEARING SCHEDULE